Case 1:03-cr-00029-JTN ECF No. 126, PageID.162 Filed 05/06/16 Page 1 of 2

FILED - GR
May 6, 2016 10:22 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: clp/  SCANNED BY: /lp 5/6

My case number is 1:03-CR-29-01

Im writeing to see can you send me my Docket sheet and my Rule.11 I need these thing it is a Emergency so can you please help me in send me my Rule 11 and my Docket sheet Thank you

My name Jason matthews 11375-040
Im at
U.S.P BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

INMATE NAME: Jason, Matthews
REGISTER # 11375-040
U.S.P. BIG SANDY
P.O. BOX 2068
INEZ, KY 41224

CHARLESTON WV 250

03 MAY 2016 PM 3 L

USA • FOREVER

Gerald R. Ford Federal Building
110 Michigan street, N.W. Clerk office
Grand Rapids, MI 49503

4950230099

legal ma.l