

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

*Providing quality service in support of justice*

| | | | |
|---|---|---|---|
| 399 Federal Bldg. | 107 Federal Bldg. | 113 Federal Bldg. | 314 Federal Bldg. |
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

May 6, 2016

Jason Matthews #11375-040
USP Big Sandy
U.S. Penitentiary
P.O. box 2068
Inez, KY 41224

    Re:    RESPONSE FROM CLERK - Case Number 1:03-cr-29

Dear Mr. Matthews:

    The Clerk's Office is in receipt of your letter dated May 6, 2016, requesting copies of your "Rule 11." The Clerk's Office is unable to determine the documents you seek. Enclosed for your reference is a current copy of your docket sheet. Please review the docket sheet and resubmit your request, identifying by docket number the documents you seek.

    Copies requested through the Clerk's Office are 50 cents a page. The Clerk's Office can provide specific page counts and the cost of copies upon receipt of a new copy request. **Advance payment is required**. You may pay by cash, credit card, check or money order (made payable to the U.S. District Court Clerk).

    Upon receipt of your payment, the Clerk's Office will provide you with copies of requested documents.

                                             Sincerely,

                                             CLERK OF COURT

                                               /s/ C. Patten

                                            By: Deputy Clerk